IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEXINGTON INSURANCE COMPANY,

    Plaintiff,

  v.

HOTAI INSURANCE CO., LTD. and
TAIAN INSURANCE CO., LTD.

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-740-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Hotai Insurance Co., Ltd. and Taian Insurance Co., Ltd. against plaintiff Lexington Insurance Company granting defendants' motions to dismiss for lack of personal jurisdiction and closing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | December 21, 2017 |
| Peter Oppeneer, Clerk of Court | Date |