# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | )<br>) |
| Plaintiff, | ) Case No. 16-cv-740<br>)<br>) |
| v. | ) Hon. James D. Peterson<br>) |
| HOTAI INSURANCE CO., LTD. and<br>TAIAN INSURANCE CO., LTD., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Lexington Insurance Company, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order and final judgment entered in this action on December 21, 2017 (ECF Doc. Nos. 58 & 59), and from all prior and subsequent orders entered in this action adverse to Lexington.

Respectfully submitted,

**LEXINGTON INSURANCE COMPANY**

BY: s/Amy J. Collins Cassidy
Amy J. Collins Cassidy
Amy P. Klie
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
10 S. Wacker Drive, Suite 2100
Chicago, IL 60606
Phone: 312-585-1400
Fax: 312-585-1401
acassidy@nicolaidesllp.com
aklie@nicolaidesllp.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                s/ <u>Amy J. Collins Cassidy</u>